# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2019

### NO. 03-19-00013-CV

**Iris Knight and Eugene Knight, Appellants**

**v.**

**Marshall Gulley, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICE GOODWIN, BAKER, TRIANA
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on October 1, 2018. Having reviewed the record, the Court holds that Iris Knight and Eugene Knight have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.